**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7268**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTOPHER CHARLES LATHAM,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  Samuel G. Wilson, Chief District Judge.  (CR-94-28, CA-98-511-R)

———————

Submitted:  January 21, 1999          Decided:  February 9, 1999

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Christopher Charles Latham, Appellant Pro Se.  Steven Randall Ramseyer, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Charles Latham seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Latham, Nos. CR-94-28; CA-98-511-R (W.D. Va. Aug. 13, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2